**Paul JORGENSON, Petitioner–Appellant,**

**v.**

**Terry O'BRIEN, Warden, Respondent–Appellee.**

**No. 12–6918.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2012.

Decided: Sept. 28, 2012.

Paul Jorgenson, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Jorgenson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jorgenson v. O'Brien,* No. 5:11–cv–00174–JPB–JES, 2012 WL

1565289 (N.D.W.Va. May 2, 2012). Leave to proceed in forma pauperis is denied. We deny the motion to file a formal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*